1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 | Michael Garcia,                              CASE NO.:  5:17-cv-01163-SJO-
                                                 SP
12 |               Plaintiff,
13 |                                              **JUDGMENT OF DISMISSAL**
   |         v.                                   **OF ACTION WITH**
14 |                                              **PREJUDICE**
15 | Wells Fargo, N.A. and DOES 1
   | through 50, inclusive,                       *[The Honorable S. James Otero]*
16 |
17 |               Defendants

18

19

20

21          On November 27, 2017, the Court issued an Order (Dkt. 22) granting,

22   without leave to amend, the Motion of Defendant WELLS FARGO BANK, N.A.

23   (successor by merger with Wells Fargo Bank, Southwest, N.A., f/k/a Wachovia

24   Mortgage, FSB, f/k/a World Savings Bank, FSB; erroneously sued as "Wells

25   Fargo, N.A.") ("Wells Fargo") to Dismiss the First Amended Complaint.

26   Accordingly:

27          **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

28          1.    The First Amended Complaint is hereby dismissed with prejudice;

1          2.     Judgment is entered in favor of defendant Wells Fargo and against

2    plaintiff Michael Garcia on the First Amended Complaint and all causes of action

3    alleged therein;

4          3.     Plaintiff shall take and recover nothing in this action from defendant

5    Wells Fargo; and

6          4.     As the prevailing party, Wells Fargo shall be entitled to file motions

7    to tax costs and for attorneys' fees.

8          **IT IS SO ORDERED.**

9

10   DATED:   December 21, 2017

11   HONORABLE S. JAMES OTERO
     UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28